# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CORDARYLO JARROD SNYDER**                                    **PLAINTIFF**
**ADC #186861**

v.                                        **No. 3:26-cv-128-DPM**

**CHRISTIAN, Corporal, Grimes Unit,**
**ADC; and HERRING, Sergeant,**
**Grimes Unit, ADC**                                           **DEFENDANTS**

## ORDER

1.     The Court withdraws the reference.

2.     Snyder hasn't paid the filing and administrative fees or filed a completed application to proceed *in forma pauperis* application; and the time to do so has passed. *Doc. 3 at 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_22 JUNE 2026_