# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CORDARYLO JARROD SNYDER**                                    **PLAINTIFF**
**ADC #186861**

**v.**                                    **No. 3:26-cv-128-DPM**

**CHRISTIAN, Corporal, Grimes Unit,**
**ADC; and HERRING, Sergeant,**
**Grimes Unit, ADC**                                    **DEFENDANTS**

## JUDGMENT

Snyder's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 June 2026